```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------X  ELECTRONICALLY FILED
                                             :     DOC #:_____
REGINA LEWIS,                                :     DATE FILED: 1/9/2020
                         Plaintiff,          :     04 Civ. 562 (LGS)
                                             :
            -against-                        :     ORDER
                                             :
NISSAN NORTH AMERICA, INC., CORP., ET        :
AL.,                                         :
                                             :
                         Defendants.         :
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

    The Clerk of Court is respectfully directed to mail a copy of the Order at Dkt. No. 111 to *pro se* Plaintiff. SO ORDERED.

Dated: January 9, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**