UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
REGINA LEWIS, :
                           Plaintiff, :
:
           -against- :        04 Civ. 562 (LGS)
:
NISSAN NORTH AMERICA, INC. CORP., :        ORDER
                           Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated November 6, 2020, directed *pro se* Plaintiff to submit a declaration setting forth good cause why this Court should not bar Plaintiff from filing any further documents in this case except for those captioned for the United States Court of Appeals for the Second Circuit (the "Second Circuit"). *See* Dkt. No. 114.

    WHEREAS, per the Order dated December 9, 2020, Plaintiff's deadline to show cause why the Court should not impose an injunction in this case, was extended to **January 8, 2021**. Plaintiff was advised that if she failed to submit a declaration within the time directed, Plaintiff would be barred from filing any further documents in this case except for those captioned for the Second Circuit. *See* Dkt. No. 115. The Clerk of Court mailed the Orders at Dkt. Nos. 114 and 115 to Plaintiff, and Plaintiff did not timely file any declaration. It is hereby

    **ORDERED** that because Plaintiff does not show cause why the Court should not impose an injunction, she is barred from filing any further documents in this case except for those captioned for the Second Circuit. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff.

Dated: January 19, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE