UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                                 :
REGINA LEWIS,                                   :
                              Plaintiff,    :
                                                                :        04 Civ. 562 (LGS)
                      -against-                         :
                                                                 :                ORDER
NEWBURGH NISSAN CAR DEALERSHIP, et al.,  :
                                   Defendants.   :
------------------------------------------------------------------ X

        WHEREAS, on January 19, 2021, a bar was imposed preventing pro se Plaintiff form filing further documents in this case except for those captioned for the Second Circuit because of Plaintiff's repeated filing of frivolous documents with the Court (Dkt. No. 116);

        WHEREAS, on March 3, 2021, reconsideration of the Order imposing the bar was denied (Dkt. No. 119);

        WHEREAS, on June 21, 2021, the Second Circuit issued a mandate denying Plaintiff's request for leave to appeal the Order imposing the bar, among other requests, on the basis of Plaintiff's prior "pattern of vexatious filings" (Dkt. No. 122);

        WHEREAS, on January 21, 2022, Plaintiff filed a letter regarding proceedings in this case from 2004 (Dkt. No. 123).  It is hereby

        **ORDERED** that the January 21, 2022, letter is stricken from the record because it is in violation of the filing bar imposed on January 19, 2021.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

2

      The Clerk of Court is respectfully directed to strike the letter at Dkt. No. 123 from the record and to mail a copy of this Order to pro se Plaintiff.  The Clerk of Court is directed that no filings will be accepted in this case, unless directed to the Court of Appeals, and that the Pro Se Intake Unit should return all submissions to Plaintiff.

Dated: January 25, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE