UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
REGINA LEWIS,
                              Plaintiff,

                -against-

NEWBURGH NISSAN CAR DEALERSHIP, et al.,
                              Defendants.
------------------------------------------------------------X

04 Civ. 562 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on January 19, 2021, a bar was imposed preventing pro se Plaintiff from filing further documents in this case except for those captioned for the Second Circuit because of Plaintiff's repeated filing of frivolous documents with the Court;

      WHEREAS, on March 3, 2021, reconsideration of the Order imposing the bar was denied;

      WHEREAS, on June 21, 2021, the Second Circuit issued a mandate denying Plaintiff's request for leave to appeal the Order imposing the bar, among other requests, on the basis of Plaintiff's prior "pattern of vexatious filings";

      WHEREAS, on December 2, 2024, Plaintiff filed a letter regarding proceedings in this case from 2004.  It is hereby

      **ORDERED** that the December 2, 2024, letter is stricken from the record because it is in violation of the filing bar imposed on January 19, 2021. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is respectfully directed to strike the letter at Dkt. No. 125 from the record and to mail a copy of this Order to pro se Plaintiff. No filings will be accepted in this case, unless directed to the Court of Appeals, and the Clerk of Court and the Pro Se Intake Unit should return to Plaintiff all submissions except those directed to the Court of Appeals.

Dated: December 4, 2024
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**